April 8, 2005

Ms. Cynthia Keely Timms
Locke Liddell & Sapp, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Mr. Jeffrey C. King
Hughes & Luce, L.L.P.
1717 Main Street, Suite 2800
Dallas, TX 75201

RE: Case Number: 03-0209
 Court of Appeals Number: 05-02-00070-CV
 Trial Court Number: DV-99-079-65M

Style: GEODYNE ENERGY INCOME PRODUCTION PARTNERSHIP I-E, GEODYNE
 ENERGY INCOME PRODUCTION PARTNERSHIP I-F, GEODYNE PRODUCTION
 PARTNERSHIP II-A, AND GEODYNE RESOURCES, INC.
 v.
 THE NEWTON CORP.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz |
| |Mr. Jim Hamlin |
| |Ms. Laura Rowe |
| |Mr. J. Robert |
| |Beatty |
| |Mr. Royal B. Lea |
| |III |
| |Mr. Stephen L. |
| |Tatum |
| |Mr. Joseph R. |
| |Knight |